PER CURIAM.
Affirmed. See Ethyl Corp. v. Balter, 386 So.2d 1220 (Fla. 3d DCA 1980), review denied, 392 So.2d 1371 (Fla.), cert. denied, 452 U.S. 955, 101 S.Ct. 3099, 69 L.Ed.2d 965 (1981); Nitzberg v. Zalesky, 370 So.2d 389 (Fla. 3d DCA 1979); Walsh v. Glendale Fed. Sav. & Loan Ass’n, 1 Cal.App.3d 578, 81 Cal.Rptr. 804, 811 (Cal.1969) (applying Restatement of Torts § 772 (1939)); Restatement (Second) of Torts § 772 (1979); cf. Scussel v. Balter, 386 So.2d 1227 (Fla. 3d DCA 1980).